# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIM LEMON**, *et al.*,           ) | |
|           ) | |
|     **Plaintiffs**,           ) | |
|           ) | |
|     v.           ) | Civil Action No. 05-949 (RCL) |
|           ) | |
| **THE HONORABLE FRANCIS J. HARVEY,**           ) | |
| **SECRETARY OF THE ARMY,** *et al.*,           ) | |
|           ) | |
|     **Defendants.**           ) | |

## ORDER

Upon consideration of defendants' Motions [26, 27, 28] to Dismiss for Lack of Jurisdiction, or in the alternative, Motions for Summary Judgment, plaintiffs' opposition thereto, defendants' reply, the record herein, and the applicable law, it is hereby:

ORDERED that plaintiffs' Motion [36] for Leave to File Second Amended Complaint is GRANTED; further, it is

ORDERED that defendants' Motions [26, 27, 28] to Dismiss for Lack of Jurisdiction, or in the alternative, Motions for Summary Judgment are GRANTED; further, it is

ORDERED that defendants' Motion [40] to Strike is DENIED as MOOT.

The case now stands DISMISSED for lack of jurisdiction.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, August 25, 2006.